CHRIS S. AMO, Respondent, v LITTLE RAPIDS CORPORATION et al.,
Defendants and Third-Party Plaintiffs-Appellants, and
LAFRAMBOISE GROUP, LTD., Appellant. MRL CONSTRUCTORS
OF NEW YORK, LTD., Third-Party Defendant-Appellant.

Submitted November 29, 2003; decided December 22, 2003

CHRIS S. AMO, Respondent, v LITTLE RAPIDS CORPORATION et al.,
Defendants and Third-Party Plaintiffs-Appellants, and
LAFRAMBOISE GROUP, LTD., Appellant. MRL CONSTRUCTORS
OF NEW YORK, LTD., Third-Party Defendant-Appellant.

Submitted December 1, 2003; decided December 22, 2003

Motion by Chris S. Amo to dismiss the appeal taken by MRL
Constructors of New York, Ltd. granted and appeal dismissed,
with $400 costs and $100 costs of motion, upon the ground that
a CPLR 5601 (d) appeal does not properly lie here.

Judge GRAFFEO taking no part.

CHRIS S. AMO, Respondent, v LITTLE RAPIDS CORPORATION et al.,
Defendants and Third-Party Plaintiffs-Appellants, and
LAFRAMBOISE GROUP, LTD., Appellant. MRL CONSTRUCTORS
OF NEW YORK, LTD., Third-Party Defendant-Appellant.

Submitted November 3, 2003; decided December 22, 2003

Motion by Little Rapids Corporation for leave to appeal
dismissed upon the ground that it does not lie. Movant previ-
ously sought leave to appeal to the Court of Appeals from the
Appellate Division order from which leave to appeal is sought
and the Court of Appeals previously reviewed the issues raised
by that order (100 NY2d 531).

Judge GRAFFEO taking no part.